FORM 8A

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ANIX VALVE INC.,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>           Defendant. | Court No. 20-00441-3JP |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action, with each party to bear its own fees and costs.

Dated: May 1, 2025

/s/ *Adrienne Braumiller* (Digitally signed by Adrienne Braumiller, Date: 2025.05.05 12:03:18 -05'00')
Adrienne Braumiller
BRAUMILLER LAW GROUP, PLLC
5220 Spring Valley Rd., Ste. 200
Dallas, Texas 75254
(214) 348-9306
adrienne@braumillerlaw.com
*Attorney for Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Emma E. Bond
Emma E. Bond
Senior Trial Counsel
U.S. Department of Justice
Civil Division

P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-2034
Fax: (202) 353-0461
Email: Emma.E.Bond@usdoj.gov

*Attorneys for Defendant*

May 1, 2025

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: **May 5, 2025**

Clerk, U. S. Court of International Trade

By: **/s/ Giselle Almonte**
Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)